# Gina M Ferri
77 Westlake Drive
Thornwood, New York 10594

June 21, 2011

Honorable P. Kevin Castel
United States District Court
500 Pearl Street
New York, NY 10007


To Honorable P. Kevin Castel:

    I welcome this opportunity to write a character reference for Mr. Arthur Nigro. I had the pleasure of meeting Arthur and his family over fifteen years ago. Accordingly having gotten to know Arthur very well over the years, I believe puts me in a position to provide you with an excellent assessment of his character. I can state without reservation that he is an exceptional person with a sincere and giving heart.

    As a father, husband and friend, Arthur is a loyal, considerate and extremely supportive person, especially of his children. An excellent listener and communicator, he has the ability to see and truly understand things from another's perspective. He knows how to raise and discuss issues in a very composed and peaceful manner. Arthur is sincere in his actions and always takes into consideration the thoughts and feelings of the other person. Throughout our long friendship he has always displayed a genuine goodness and immeasurable support during times of difficulty.

    Arthur is a level headed, conscientious, hardworking man. He has been an important role model for his children. He is a family oriented man who always puts the needs of his family before his own. He is very proud of his family and has endeavored to be a major provider emotionally and financially in his home. With that said, he is vital to the wellbeing of his family. I can say that his recent separation has undoubtedly created an undue and overwhelming hardship for his family. I have experienced first-hand the sorrow and grief the family has endured during his absence.

    Finally, I can say without doubt that Arthur is sincere and with great moral character. I truly can't think of anything of consequence on the negative side of his personality. He is a well-balanced person with so many admirable traits that one simple character letter cannot do him justice. All in all, Arthur Nigro is an extraordinary person with an abundance of positive qualities. I sincerely miss the friendship we shared.

                                                      Sincerely,

                                                      Gina M Ferri

June 20, 2011

Honorable P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 12C
New York, NY 10007

Dear Judge Castel:

### Re: Arthur Nigro

My name is Nicolette Cicatelli and Arthur has been a family friend for over 30 years I just wanted to it to be known that Arthur has been nothing but a perfect gentleman, great friend and a hard worker someone that I always was able to depend on. He is generous, caring, loving, and when his country called upon him for his service he was there to defend it, he has a great sense of humor, I know Arthur to be low key, I never saw him angry and never heard him yell. We correspond via the mail and he still has me laughing with his great attitude for life and humor.

Arthur is the father of two lovely children whom have grown to be upstanding citizens and one would think that they learned by example. He made sure that his children were educated and went on to higher education and was proud of the success they achieved.

I am hoping that you can see Arthur as the same person we his friends and family see him. He is really missed at our family functions, always was a big part of the entertaining if he wasn't telling jokes he was doing tricks. Keeping us always laughing and we surely miss his company.

Sincerely and thank you for your time, God bless you
Nicolette Cicatelli

*Nicolette Cicatelli*

May 27, 2011

The Honorable P. Kevin Castel

My name is Diana Hoer.

Please know that I have known Arthur Nigro for 31 years. I met Arthur in 1980 at my mother's funeral. He was introduced to me on that occasion by my first cousin.

Without exception, Arthur is a man of manners, a humble and respectful gentleman who I have been happy to know throughout these years. Although not family, he has been part of our birthdays, communions, graduations and all the milestones in our family's life exhibiting, all the while his love and generosity.

It was with a great deal of emotional sadness when I heard of his verdict, guilty of the charges against him. I always knew him as a quietly honorable man. It is my fervent prayer that you know the Arthur I have been privy to for such a long time.

Sincerely yours,

*[signature]*

Diana M. Hoer
75 Roundtop Road
Yonkers, N.Y. 10710

Dear Judge Castel,
United States District Court Judge
Southern District of New York
500 Pearl Street, RM12C
N.Y. N.Y. 10007

    My name is Joseph Carcaterra. Nearly 30 years ago a cousin introduced me to Arthur Nigro. He has been in my family for this entire time. Arthur had attended many family functions and we've considered him to be family. Arthur is a good natured, kind, and considerate gentleman and sometimes-good men finish last. No good deed goes unpunished.

    Artie and I have spoken on the phone numerous times since he's been away. Typically, we speak on Christmas Eve and perhaps again later in the year. However, we write to each other many more times than that during the year. He reminds me each time that he is doing well. Artie is a very proud man, and an extremely strong man.

    Artie is a gentleman. He is a proud father and a good citizen. He is a family man and therefore, I'm asking that leniency be considered when sentencing Arthur Nigro. Artie has always been the jokester, the fun guy in the crowd and the man we turn to for advice. He's dependable, trustworthy and incredibly generous.

Sincerely,

Joseph Carcaterra

June 19, 2011

Re: United States v. Arthur Nigro

The Honourable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 12C
New York, NY 10007

Dear Judge Castel,

My name is Regina Nigro and I am writing to you on behalf of my father, Arthur Nigro. I realize you have heard much about my father in the courtroom, and perhaps you feel as though you know him well. But I would like to share with you what I know about my father.

I know him as the man who spent an entire summer teaching me to swim. First he started by convincing me I probably didn't need both a life preserver and an inner tube in our four-foot-deep swimming pool. (I'm a big fan of caution.) I reluctantly shed the inner tube and we worked on floating without clinging desperately to the sides. It was a long two weeks. Eventually the life preserver was discarded and I rested across my dad's outstretched arms. "I won't drop you," he assured me more than once, "I would never drop you." He showed more patience than an overly skittish seven-year-old normally elicits. And then, one afternoon when I was in a particularly enterprising mood, I tried swimming while he and my mother were chatting on the deck attached to our pool. Before anyone knew what was happening, I was paddling from one end of the pool to the other. "Look, LOOK, I'm swimming!" I called out to them, mostly to Dad. "Hey, look at you! See, I knew you could do it!" he smiled. Five minutes later, I was still swimming -- and I checked to make sure he was still watching. (This went on for approximately three

hours.) To this day I can't wade into the deeper end of the ocean without reflexively slipping into the doggie paddle.

I know him as the man who helped me with all of my grade school art projects, who taught me how to sketch, who watched old Charlie Chan movies with me and my brother, who was there for Easter-egg dying and Halloween pumpkin-carving, who reveled in embarrassing me with his signature dance move (the Cabbage Patch, of course), who cheered loudest of all when I graduated at the top of my class in 2005.

I know he likes herbal tea and spaghetti Westerns. His Sherlock Holmes collection is enviable. He smoked his occasional cigars outside, knowing how much I disapproved -- a holdover from the days when, as a bossy five-year-old who thought her dad should give up smoking, I broke all of his cigarettes in half and quickly put out any he had absently left smoking in an ashtray. I was an unforgiving bully about his cigarette habit; I watched infomercials selling quit-smoking audio tapes and copied down the company telephone numbers in clumsy kid print. I coughed loudly and with great exaggeration whenever his cigarette smoke entered my airspace. It surprised no one when I finally won that battle; Dad hasn't smoked cigarettes in almost 25 years.

I know that he suffered a heart attack in 2002. I was 18 and even though I had just experienced 9/11 as a college freshman at Pace University's lower Manhattan campus, I still thought nothing in the world could feel worse than his health being in jeopardy. I was 22 when he was arrested for the first time. Shortly before his imprisonment in June 2007, he had another health scare and I remember holding his hand while we rode in the back of an ambulance, an oxygen mask over his face. We knew then that he would be going away soon, and I tried to imagine what life without him would look like. Since then I've become a magazine editor, I've moved into a modest apartment in Washington Heights, I've fallen in love and gotten engaged, I've seen ancient ruins in Greece, Churchill's war rooms in London and the Josefov in Prague. I've fulfilled dreams I didn't know I had. But over and above all of my happiness, there has been a dark immoveable

cloud. I am writing this at my kitchen table, alone in my apartment, on Father's Day, and I have never felt more sad or scared or alone than I do right now.

I know my father will not be the man who escorts me down the aisle at my wedding, in less than three months. He won't be in the hospital waiting room when I give birth to my first child. Whenever I find myself at a loss, in need of advice from someone I love and trust, I can't call him. Our current relationship is made up of hour-long prison visits and brief phone calls. I have no conception of what a real adult relationship with my dad looks like. I have never been able to invite him for dinner at my apartment or treat him to Sunday brunch at my favorite local spot, or prod him and my mother into going on vacation with me and Tom, my fiancee. The years between 22 and 27 are greater than one might imagine; I've become an adult without him. Before these recent charges, I consoled myself by believing he'd come home in no time, his original release scheduled for early 2011. I have spent the past three months in a haze, taking apart and reassembling every expectation I've ever had for my life. Time seemed to stop, but my life couldn't. I have continued going to work, paying my bills, planning my wedding, attempting to live my life as though everything wasn't crashing down around me. But it is. It will continue to crash and burn and hurt.

I know -- and this may be the only thing I know about myself -- that I believe deeply and passionately in keeping rigorous moral and legal standards, perhaps more than can be conveyed in a letter, and I sincerely respect you, the jury, and the entire prosecution as officers of the court and servants of justice. But whatever conclusion a jury may have reached, loving my father is something I can't talk myself out of. So I ask that you please show whatever lenience you possibly can under these circumstances as my father, having just turned 67, is a man of advancing age. His records should indicate that he has been a model prisoner and has never caused problems for prison staff. I understand that our separate impressions of this one man may seem irreconcilable to you, but I have had the benefit and the privilege of knowing him for 27 years, and I truly hope you will consider what I have shared here.

Sincerely,

Regina Nigro
156-08 Riverside Dr W, Apt 5A
New York, NY 10032

June 1, 2011

The Honorable P. Kevin Castel

United States District Judge

Southern District of New York

500 Pearl Street

New York, New York 10007

Dear Judge Castel:

My name is Lucille Fortunato and I am writing to you on behalf of Arthur Nigro, who is scheduled to appear in your court for sentencing on July 15, 2011. I am a retired teacher from the New York City Public School System. It was as a teacher that I first became acquainted with Mr. Nigro, as I taught both his son, Joseph, and daughter, Regina, during their elementary school years. Both children were bright and enterprising, and I became quite impressed with their parents, Annette and Arthur, as well. After my retirement in 1988, I remained in contact with them and invited them to meet my family.

Through the years I came to know Arthur as a wonderful gentleman, considerate and respectful friend, and a devoted and loving family man. I have attended many family functions hosted by him and his wife, and he and his family were at the most important occasions celebrated by my family.

Arthur is a brilliant conversationalist, and I treasure the hours we spent discussing a wide range of subjects, including philosophy, opera, the Bible, and American history. His cordiality was enjoyed by all, and his sense of humor was second to none. I know of Arthur's military service in Vietnam, his patriotism and love of country. I also know how he cared for both his parents before they succumbed to illnesses, the respect and caring he has shown to his aged mother-in-law through the years, and his charity to those in need. He has been a generous donor to Saint Jude's Children's Hospital and to Memorial Sloan-Kettering Cancer Center.

This is the Arthur Nigro I have always known, so naturally I was saddened and almost incredulous by his current unfortunate situation. I am especially upset to have seen how his lovely wife Annette has suffered by the emotional trauma of the recent events concerning her husband. They were childhood sweethearts and have been married almost 40 years. He is the love of her life, her best friend, someone to whom she has always been totally devoted. I implore you, if any consideration can be shown, whereby he will be located where she will be able to visit with him without undue hardship. She is emotionally shattered, and to be able to see him and talk to him in person, is essential for her well-being.

Thank you, Your Honor, for taking the time to read my letter. I respectfully would appreciate your taking my comments into consideration before sentencing Arthur Nigro.

Very truly yours,

Lucille Fortunato

97 Robert Drive

New Rochelle, New York 10804

June 4, 2011

The Honorable P. Kevin Castel

United States District Judge

Southern District of New York

500 Pearl Street

New York, New York 10007

Dear Judge Castel:

I am writing in regard to Arthur Nigro, who will come before you for sentencing on July 15, 2011. My name is Michael Moretti, and I have been employed as a television broadcast engineer for thirty-seven years. I first became acquainted with Arthur Nigro when I was introduced to him in 1988 by one of my relatives who was a friend of both him and his wife Annette. From the moment I shook hands with Arthur, we hit it off immediately and bonded through a common love of our families, similar interests in good music and entertainment, good food, and good conversation.

Arthur is a proud Vietnam veteran who believes in God, country, and family. I could not help but admire these traits. We have remained friends through the years, and I came to know Arthur as a good and decent man who took care of his deceased mother and father during the time when each was ill. He was solicitous of his elderly

mother-in-law and other family members in their time of need. To my own two children, he has always been their honorary Uncle Arthur.

Through the years, my family and I have shared many happy moments with Arthur and his family. I was there to celebrate his 25th wedding anniversary and his daughter's graduation from Fordham University. Likewise, he has been there to join my family in celebrating many of our happy occasions.

The Arthur Nigro I know is a good and loving husband, now married thirty-nine years to his lovely wife Annette, a good, supportive father and provider for his two children, Joseph and Regina, and a patriot, who answered his country's call to duty. Since this is the Arthur Nigro I know, it was with great sadness that I learned of the unfortunate circumstances that have led to his recent regrettable situation. I was stunned because I have never known this courageous, intelligent man, who was always willing to listen and always willing to help, to ever conduct himself in a negative or inappropriate manner.

Arthur's love and devotion for his wife and children endures, as does their love for him. The present situation has taken a huge toll on his wife Annette, both physically and emotionally. She has been under a great deal of stress, and her health, and most of all, her emotional well- being , have suffered. I know that it is imperative for her to know that her husband will be located at a reasonable distance so that she will be able to visit with him periodically.

I thank Your Honor for reading my letter. With respect, I ask that you take everything into consideration, especially his dear wife, prior to your sentencing of Arthur Nigro.

Yours truly,

Michael Moretti

97 Robert Drive

New Rochelle, New York 10804

June 15, 2011

Dear Judge Castel,

Re: Arthur Nigro:

I have known my brother-in-law, Arthur Nigro, for over forty years. In all of this time, I have never known him to be anything but kind and hospitable to our family and friends.

He served honorably in the U.S. army, and upon his return ran a small luncheonette for several years. In that capacity, he worked twelve and fourteen hours a day. Unfortunately, the local high school decided to keep their students inside which devastated his business. He continued to work hard to care for his family.

He took wonderful care of his ailing mother, who suffered from a brain tumor, until her death a few years later. When his father contracted lung cancer, he also cared for him until his death.

He has been an outstanding member of our family. In forty plus years, I have never known him to lose his temper or raise his voice with any one of us. He is a soft-spoken and articulate man. We, his wife's family, have always been treated with kindness and courtesy. We were always invited for holidays and were warmly welcomed whenever we visited.

When my own daughter was ill, he and my sister insisted I stay with them. They did all they could to cheer me and took me out to dinner to help keep my spirits up.

My sister, who has been with him since she was sixteen years old, is completely lost without him and emotionally devastated.

Because of all of the above and so much more, I ask for leniency for him.

I have been a parochial school teacher for thirty-six years and all who know me know that I am very honest and truthful. I would never lie for anyone, even a much-loved and respected relative.

Thank you so much for your attention.

Sincerely yours,

Frances Mirra

2066 Van Hoesan Avenue

Bronx, NY 10461

May 16, 2011

Honorable P. Kevin Castel

                        Arthur Nigro

My name is Margaret Rom and I am writing this letter on behalf of Arthur Nigro.
In all the years that I have known Arthur I have nothing but good to say about him.
He has been a good friend to both me and my husband.

Not knowing him may be hard for you to understand, that's why I am hoping that this letter helps you to see Arthur the way we know him.

Thank you.

Sincerely,
Margaret and Richard Rom